

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00278-CV

### FOR THE BEST INTEREST AND PROTECTION OF A.C.

On Appeal from the
Probate Court of Hidalgo County, Texas
Trial Cause No. L-7666

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

April 3, 2014